UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA　　　:　No. 3:03CR073 (DJS)

　　　v.　　　　　　　　　　　:

ANNA URREGO　　　　　　　　　:　November 16, 2005

MOTION FOR EARLY TERMINATION OF PROBATION

The defendant, ANNA URREGO, through counsel, hereby moves for her early termination of Probation, and represents the following.

1.　On March 18, 2003, Ms. Urrego entered a plea of guilty to use of a false alien registration card in violation of 18 U.S.C. Section 1546(a) relative to her employment with a services contractor of Sikorsky.

2.　On June 3, 2003 this Court sentenced Anna Urrego to a three year period of Probation, to expire on June 3, 2006.

3.　U.S. Probation Officer Jose Cartagena reports that for the past two and one quarter years, Ms. Urrego has been in full compliance with all of her conditions of Probation, and has been leading a responsible and productive life.

4.　During the past year, Ms. Urrego has suffered from serious intestinal problems which has been diagnosed as cancer.

5.　She has undergone surgery to remove a portion of her

colon and rectum and is receiving follow up therapy.

6.    Ms. Urrego is scheduled to have additional reconstructive surgery early next year.

7.    Due to these extreme medical needs, reporting to the Probation department has become extremely burdensome, difficult and detrimental to her recovery.

8.    Probation Officer Jose Cartagena has told the undersigned that further supervision of Ms. Urrego is not necessary, and he is in full support of this motion.

9.    Assistant U.S. Attorney James Filen has indicated he does not oppose the granting of this motion.


WHEREFORE, for the foregoing reasons, it is respectfully requested that Anna Urrego be discharged from Probation forthwith.


                              Respectfully submitted,
                              Anna Urrego



                    By:_____
                          Elliot R. Warren
                          327 Riverside Avenue
                          Westport, CT 06880
                          203-226-1716
                          Fed. No. Ct07084
                           - her attorney -

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing Motion for Early Termination of Probation has been mailed, postage prepaid, this 16th of November, 2005 to the following counsel of record:

James Filen, Esq.
U.S. Attorney's Office
915 Lafayette Boulevard
Bridgeport, CT 06604

and a copy to:

Jose Cartagena
U.S. Probation Officer
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
Elliot R. Warren, Esq.