UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.                                    Case Number: 3:03CR73 (DJS)

ANNA URREGO

**ENDORSEMENT ORDER**

Doc. #22  Motion for Early Termination of Probation **GRANTED.**

Dated at Hartford, Connecticut, November 23, 2005.

/s/
DOMINIC J. SQUATRITO, U.S.D.J.